149 F.3d 1165
 Amin A. Rashid
v.
Monteverde & Hemphill, George A. Bochetto, Gavin P. Lentz,
Thomas Ruddick, Alan Turner, Sharron T. Smalls, Mark H.
Langman, Taylor Aspinwall, Thomas H. Suddath, Jr., James G.
Sheehan, Susan Dein Bricklin, Robert A. Kauffman, Carol
Hazelton, Jerria Williams, James T. Giles, Claire J.
Rauscher, John W. Cawley, III, Thomas J. Hunt, U.S.
 NO. 97-1827
 United States Court of Appeals,
Third Circuit.
 March 10, 1998
 Appeal From: E.D.Pa. ,No.95cv02449
 
 1
 Affirmed.